UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA

Jonathan Lee Riches©,
Plaintiff

V.         CIVIL NO: 7:07-CV-00427

VENUS WILLIAMS;
SERENA WILLIAMS;
RICHARD WILLIAMS;
U.S. OPEN;
POLTERGEIST,
DEFENDANTS

CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED
SEP 0 5 2007
JOHN F. CORCORAN, CLERK
BY: DEPUTY CLERK

"PRELIMINARY INJUNCTION"
TEMPORARY RESTRAINING ORDER

Comes now the Plaintiff, Jonathan Lee Riches©, scared to death, in pro-se, Moves this Honorable court to issue an order for Defendants to respond. Moves this Respected court to PRELIMINARY Injunctions and temporary Restraining orders Against Defendants coming near me. Plaintiff Hides and PRAYS FOR Relief

**1**

DEFENDANTS are reaching through the T.V. set to grab me during the U.S. Open. A Attempted coup of my mind

The Poltergeist is Roaming our Airwaves and CB radio

## 2

The Williams father has beef with me since the Nixon Era
He still rents summer homes from Randy Weaver   June 17, 2007

## 3

Tennis balls are Electrons and Neurons stolen from my head.
Defendants also took Van Gogh paintings from me   Aug 27, 2007

## 4

In 1999 Serena put the Knife in Monica Seles Shoulder

## 5

May 6, 2004 - I taught Venus how to play table Tennis in County Jail

Senator Larry Craig uses the FCI Williamsburg bathroom   Aug 29, 2007
Defendants told me they want to eat my head for supper
   Defendants want to learn Identity theft from me

### Restraining Order

Stop Abusing me. Moves this Court to withdraw the Williams sisters from any more Tennis Tournaments. Under Federal Rules of Civil Procedure Rule 64, Plaintiff moves this court to seize U.S. Open Tennis balls, bring my Neurons back.

Respectfully

Jonathan Lee Riches©

Jonathan Lee Riches©
#40948-018
FCI Williamsburg
P.O. Box 340
Salters, SC 29590
(843) 387-9400

Name: Jonathan Lee Riches ©
Register Number: 40648-018
F.C.I Williamsburg
Inmate Mail
P.O. Box 340
Salters, SC 29590

United States District Court
Western District of Virginia
Poff Federal Building
Clerk of Court
210 Franklin Rd
Roanoke, VA 24011



FLORENCE SC
30 AUG 2007 PM

CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

SEP 05 2007

JOHN F. CORCORAN, CLERK
BY:
DEPUTY CLERK

24011+2203