CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED
SEP 1 2 2007
JOHN F. CORCORAN, CLERK
BY:
DEPUTY CLERK

FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| JONATHAN LEE RICHES, ) | |
| Plaintiff, ) | Civil Action No. 7:07-cv-00427 |
| ) | |
| v. ) | **FINAL ORDER** |
| ) | |
| VENUS WILLIAMS, et al., ) | By: Samuel G. Wilson |
| Defendants. ) | United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby **ADJUDGED AND ORDERED** that Riches' complaint is hereby **DISMISSED** without prejudice pursuant to 28 U.S.C. §1915(g); Riches' request to proceed in forma pauperis is **DENIED as MOOT**; and this case will be **STRICKEN** from the active docket of the court.

The Clerk of the Court is directed to a send certified copy of this Order and the accompanying Memorandum Opinion to plaintiff.

ENTER: This 12th day of September, 2007.

_____
United States District Judge