```
4cca-30     REV. 04/09/06        T R A N S M I T T A L   S H E E T
                                    (Notice of Appellate Action)
```

|  |  |  |
|---|---|---|
| ✓ Notice of Filing<br>___ Cross Appeal<br>___ Interlocutory Appeal<br>___ Additional NOA<br>___ Amended NOA<br>✓ Transmittal of Record<br>___ Transmittal of Certif.<br>___ Supplement to ROA<br>___ Supplemental Certif.<br>___ Other | UNITED STATES DISTRICT COURT<br>for the<br>Western DISTRICT OF Virginia<br>at Roanoke<br>Caption:<br><br>Jonathan Lee Riches<br>v.<br><br>Venus Williams, et al | District Court No.:<br>7:07-cv-00427<br><br>4CCA No.:<br><br>Consolidated with No.:<br><br>Case Manager: |

**Part I**
Notice of appeal is enclosed to all parties (except to appellant in civil cases); NOA, docket entries, district court opinion and order, and magistrate judge's recommendation (if applicable) are enclosed to 4CCA.

| | |
|---|---|
| 1. NOA filed: 09/24/2007 | 4. Fees<br>    ___ USA no fee required<br>    $5 filing fee: ___ paid ✓ unpaid<br>    $450 docket fee: ___ paid ✓ unpaid<br>    Pauper status: ___granted ___denied ___pending in dist.ct. |
| 2. Amended NOA filed: | Does PLRA Apply? ✓ Yes ___ No   3-strikes? ___Yes ✓ No<br>[If PLRA applies, 4CCA sends forms & acts on application] |
| 3. District Judge:<br>Honorable Samuel G. Wilson | 5. Materials Under Seal in District Court: ___Yes ✓ No<br>   Party Names Under Seal in District Court: ___Yes ✓ No |
| 6. Official Ct. Reporter(s):<br><br>Contract Court Reporter:<br><br>Coordinator: | 7. Transcript<br>   In-Court Hearing Held: ___Yes ✓ No<br>8. Criminal/Prisoner Cases<br>   ___ recalcitrant witness    Defendant's Address:<br>   ___ on death row<br>   ✓ in custody      F.C.I. Williamsburg<br>   ___ on bond        P.O. Box 340<br>   ___ on probation    Salters, SC 29590 |

**Part II**      TRANSMITTAL OF RECORD TO COURT OF APPEALS

| ORIGINAL RECORD | SUPPLEMENT TO RECORD - SUPPLEMENT # ___ |
|---|---|
| Pleadings: Vols. ___ | Pleadings: Vols. ___ |
| Transcript: Vols. ___ | Transcript: Vols. ___ |
| Exhibits: Vols. ___ | Exhibits: Vols. ___ |
| Depositions: Vols. ___ | Depositions: Vols. ___ |
| State Ct. Record: Vols. ___ | State Ct. Record: Vols. ___ |
| Sealed: Vols. ___ | Sealed: Vols. ___ |
| No. of Boxes: ___ | No. of Boxes: ___ |

Deputy Clerk: T. Taylor     Phone: 540-857-5100     Date: 09/27/2007