Riches v. Williams et al									Doc. 6

```
                      UNITED STATES COURT OF APPEALS
                           FOR THE FOURTH CIRCUIT

                               October 2, 2007
```

**NOTICE OF APPELLATE CASE OPENING**
********************************

**FOURTH CIRCUIT INFORMATION**
---------------------------

    **Court of Appeals Case #:**  07-7394

    **Short Caption:**  Riches v. Williams

    **Date NOA Received 4CCA:**  9/27/07

    **Case Manager:**  Brian E. Bain


**DISTRICT COURT INFORMATION**
--------------------------

    **Division:**  Western District of Virginia at Roanoke

    **District Court Case Number(s):**

    7:07-cv-00427-sgw

    **Date NOA Filed in District Court:**  9/24/07

Dockets.Justia.com